FLANY REALTY CO., INC., Respondent, v. MIDHAMPTONS CORPORATION and

Others, Defendants, Impleaded with ALRICK H. MAN, Appellant.— Order denying motion of defendant Alrick H. Man to direct the plaintiff to serve an amended complaint affirmed, with ten dollars costs and disbursements, with leave to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.